PROB 12C
(6/16)

Report Date:  April 13, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jorge Castaneda-Cuevas          Case Number: 0980 2:15CR00002-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 30, 2015

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(b)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 8 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: June 29, 2015 |
| Defense Attorney: | Meredith Esser | Date Supervision Expires: June 28, 2018 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 6, 2017, Jorge Castaneda-Cuevas was arrested and charged with harassment -threats to kill, domestic violence and false information, Adams County Sheriff's Office, case no. 17-A01097. Mr. Castaneda threatened to kill family members, break windows, and set fire to their home.  An additional charge of false information was added after it was discovered he had used a false name.  The defendant used the name Alejandro Rodriguez-Perez. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Jorge Castaneda-Cuevas was contacted and arrested by a deputy with the Adams County Sheriff's Office on April 6, 2017 as noted in violation number 1.  The defendant was released from custody following his arrest and failed to notify the U.S. Probation Office of his arrest. |

Prob12C
**Re: Castaneda-Cuevas, Jorge**
**April 13, 2017**
**Page 2**

3          **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: Jorge Castandea-Cuevas was found in the United States on April 6, 2017, when he was contacted by a deputy with the Adams County Sheriff's Office as noted in violation number 1.  The defendant has failed to report to the U.S. Probation Office within 72 hours of his reentry into the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/13/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ X ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

4/13/2017

Date